AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

United States of America
v.
JUAN CARLOS VILLATORO,

Defendant

Case No. 13-80097-CR-Hurley/Hopkins

FILED by ___ D.C.
MAY 10 2013
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* JUAN CARLOS VILLATORO,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:
Possession with intent to distribute cocaine, in violation of Title 21, United States Code, Section 841(a)(1).

Date: 5-2-13

*Issuing officer's signature*

City and state: West Palm Beach, FL

STEVEN M. LARIMORE, CLERK OF COURT
*Printed name and title*

### Return

This warrant was received on *(date)* 5-3-13, and the person was arrested on *(date)* 5-8-13
at *(city and state)* W. Palm Beach, FL by FBI

Date: 5-8-13

*Arresting officer's signature*

M. Chaves DUSM
*Printed name and title*

9220385
1304 0507 3293-J